IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| 3385 ROCHESTER ROAD LLC,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF OAKLAND by<br>its BOARD OF COMMISSIONERS,<br>and ANDREW E. MEISNER, in his<br>individual and official capacity,<br><br>  Defendants. | Case No. 2:21-CV-10494-MAG-EAS<br><br>Hon. Mark A. Goldsmith<br>Magistrate Judge Elizabeth A. Stafford |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

Plaintiff 3385 Rochester Road LLC hereby notices that the above-captioned action is voluntarily dismissed, without prejudice against Defendants County of Oakland and Andrew E. Meisner pursuant to the Federal Rules Civil Procedure 41(a)(1)(A)(i).

Dated: March 30, 2021              Respectfully submitted,

                                                       BUSH SEYFERTH PLLC
                                                     By: /s/ Moheeb H. Murray
                                                     Moheeb H. Murray (P63893)
                                                     Derek J. Linkous (P82268)
                                                     100 W. Big Beaver Rd., Ste. 400
                                                     Troy, MI 48084
                                                     Tel/Fax: (248) 822-7800
                                                     murray@bsplaw.com
                                                     linkous@bsplaw.com